IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**PATRICK LORNE FARRELL,**

    **Plaintiff,**

v.            Case No. 1:18cv128-MW/GRJ

**ALACHUA COUNTY
COMMISSIONERS, et al.,**

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Amended Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The amended report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** as frivolous and for failure to state a claim upon which relief may be granted." The Clerk shall close the file.

**SO ORDERED on August 27, 2018.**

                                         s/ **MARK E. WALKER**
                                         **Chief United States District Judge**